AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

_Susan Smyser_

Plaintiff

V.

Defendant

**FILED**
MAR 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _07-2059_

I, _Susan Smyser_, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _Paris Community Hospital, 721 Court Street, Paris IL. 61944_  salary $1,200 every 2 weeks plus or minus depending on Hospital Need.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☒ | ☐ |
   | e. | Gifts or inheritances | ☐ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Husband was on Disability Last payment Monthly was 1,444.00 on May' 2006. Husband passed away on June 12, 2006

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. __4,980__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   Rav 4  year 2000    Don't Know Value
   Husbands 2004 Tiburon   "      "     "
   My home   Don't Know Value  Live there over 23 yrs.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   None Now

I declare under penalty of perjury that the above information is true and correct.

3/20/07                                   Susan Smyser
Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**RECEIVED**
MAR 21 2007
JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Susan Smyser for Deceased )
Ronald L. Smyser  Plaintiff )
)
vs. )  Case No. 07-2059
)
Charly T. NGUYEN MD )
Edward C. Weisberger MD )
John Coleman MD )
IUPUI - Hospital Indianapolis )
Defendant(s) )

## COMPLAINT

☐  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☑  Other  28 § 1331 Federal Question, Diverse Citizenship, Ante

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Susan Smyser, and states as follows:

My current address is: 9472 April Lane Ashmore IL. 61912

The defendant Charly T. NGUYEN MD is employed as Head, Neck, Plastic and Reconstructive Surgeon at 500 Health Center Dr. #401 Mattoon, IL 61938

The defendant Edward C. Weisberger MD, is employed as Head, Neck, Plastic and Reconstructive Surgeon at 550 N. University Blvd. Rm 3170 Indianapolis IN 46202

The defendant John Coleman, is employed as Reconstructive Plastic Surgeon at 550 N. University, Indianapolis IN 46202

The defendant Indiana University, is employed as Hospital under Clarian Health Partners at 550 N. University, Indianapolis, IN 46202

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?   N/A

Yes ☐    No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

  2. Court (if federal court, give name of district; if state court, give name of county)

  _____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑  No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☐  No ☑

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence __Indianapolis University Hospital - IUPUI__

Date of the occurrence __April 4, 2005, and April 8, 2005__

Witnesses to the occurrence __Susan Smyser (wife) Barbi S. Fauble (Daughter)__

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

Dr. Charly T. Nguyen - ① Gave no description of the risks and Benefits - particularly explaining the risk of serious bodily disability or death from Surgery under Dr. Weisberger.

② No description of alternative treatments and risks and benefits of Alternatives.

Dr. Edward C. Weisberger ① Informed Consent not given for the surgery that Dr. Weisberger Performed.

② Did not provide Information regarding risks, alternatives and success rates.

③ Did not give a description of treatment or procedures.

4

Dr. John Coleman - ① Witness to Severe Injury by Surgery of Dr. Weisberger.

② Did not disclose to me the damages done to my husband in Surgery.

③ Husband in Surgery Much Longer than discussed. Not Informed what was happening.

IUPUI - Hospital -

① Husbands complaint of Abuse, neglect, and harassment while in Intensive care to Dr. Weisberger - nothing done.

② Abuse, neglect, and harassment led to husband's MI on April 8th

③ Very poor care by Nursing staff left sitting in Vomit by day shift nurse. Husband had decubes on Buttocks from short stay in Intensive Care, etc.

5

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Compensation for Wrongful death

**JURY DEMAND**     Yes ☐     No ☑

Signed this 20th day of March, 2007.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Susan Smyser | Inmate Identification Number: N/A |
|---|---|
| Address: 9472 April Lane Ashmore IL. 61912 | Telephone Number: 217-508-4588 |

6