**ED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **SUSAN SMYSER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2059 |
| ) | |
| **CHARLY T. NGUYEN, M.D., EDWARD** ) | |
| **C. WEISBERGER, M.D., JOHN COLEMAN,** ) | |
| **M.D., IUPUI HOSPITAL, Indianapolis,** ) | |
| ) | |
| **Defendants.** ) | |

## OPINION

On March 21, 2007, Plaintiff, Susan Smyser, filed an Application to Proceed Without Payment of Fees (#1), with an attached pro se Complaint against the above-named Defendants. In her Application, Plaintiff stated that she is currently employed and earns approximately $1,200 every two weeks. She also checked "Yes" to the question "Do you have any cash or checking or savings accounts?" and listed the total amount as $4,980. Plaintiff also stated that she owns two vehicles and her home, but stated that she does not know the value of this property. Plaintiff further stated that she does not have any dependents.

Based upon the information provided by Plaintiff, this court cannot say that Plaintiff is unable to pay the filing fee in this case. She is employed, has no dependents, owns property, and has $4,980 from which she can pay the required filing fee.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiff's Application to Proceed Without Payment of Fees (#1) is DENIED.

(2) Plaintiff may file her Complaint in this court by paying the required filing fee.

ENTERED this 26th day of March, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE