UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Susan Smyser for Deceased )
Ronald L. Smyser  Plaintiff )
)
)
vs. )
) Case No. 07-2159
)
Charly T. NGUYEN MD )
Edward C. Weisberger MD )
John Coleman MD )
IUPUI - Hospital Indianapolis )
Defendant(s) )

**RECEIVED**
MAR 21 2007
JOHM M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒ Other  28 § 1331 Federal Question, Diverse Citizenship, Ante

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Susan Smyser, and states as follows:

My current address is: 9472 April Lane Ashmore IL 61912

The defendant Charly T. NGUYEN MD is employed as Head, Neck, Plastic and Reconstructive Surgeon at 500 Health Center Dr. #401 Mattoon, IL 61938

The defendant Edward C. Weisberger MD, is employed as Head, Neck, Plastic and Reconstructive Surgeon at 550 N. University Blvd. Rm 3170 Indianapolis IN 46202

The defendant John Coleman, is employed as Reconstructive Plastic Surgeon at 550 N. University Indianapolis IN 46202

The defendant Indiana University, is employed as Hospital under Clarian Health Partners at 550 N. University Indianapolis, IN 46202

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

_____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?  N/A

Yes ☐    No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

   _____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐
If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☒

PLEASE NOTE: *THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

# STATEMENT OF CLAIM

Place of the occurrence <u>Indianapolis University Hospital - IUPUI</u>
Date of the occurrence <u>April 4, 2005, and April 8, 2005</u>
Witnesses to the occurrence <u>Susan Smyser (wife) Barbi S. Fauble (Daughter)</u>

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Dr. Charly T. Nguyen - (1) Gave no description of the risks and Benefits - particularly exploring the risk of serious bodily disability or death from Surgery under Dr. Weisberger.

(2) No description of alternative treatments and risks and benefits of Alternatives.

Dr. Edward C. Weisberger (1) Informed Consent not given for the Surgery that Dr. Weisberger Performed.

(2) Did not provide Information regarding risks, alternatives and success rates.

(3) Did not give a description of treatment or procedures.

4

Dr. John Coleman - ① Witness to Severe Injury by Surgery of Dr. Weisberger.

② Did not disclose to me the damages done to my husband in Surgery.

③ Husband in Surgery Much Longer than discussed. Not Informed what was happening.

IUPUI - Hospital -

① Husbands complaint of Abuse, neglect, and harassment while in Intensive care to Dr. Weisberger - nothing done.

② Abuse, neglect, and harassment led to husband's MI on April 8th

③ Very poor care by Nursing staff left sitting in Vomit by day shift nurse. Husband had decubes on Buttocks from short stay in Intensive Care. etc.

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Compensation for Wrongful death

**JURY DEMAND**        Yes ☐        No ☑

Signed this __20th__ day of __March__, __2007__.

*Susan Smyser*
*(Signature of Plaintiff)*

| Name of Plaintiff: Susan Smyser | Inmate Identification Number: N/A |
|---|---|
| Address: 9472 April Lane, Ashmore IL. 61912 | Telephone Number: 217-508-4588 |