AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of Illinois

Susan Smyser

V.

Charly T. NGUYEN MD
Edward C. Weisberger MD
John Coleman MD
IUPUI - Hospital

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

Charly T. NGUYEN MD
500 Health Center Dr. #401 - Sarah Bush Lincoln Health Center
Mattoon, IL 61938       217-258-2409

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Smyser
9472 April Lane
Ashmore IL. 61912
217 508-4588

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ John M. Waters                           April 5, 2007
---
CLERK                                        DATE

s/ M. Talbott
---
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Susan Smyser

V.

Charly T. NGUYEN MD
Edward C. Weisberger MD
John Coleman MD
IUPUI – Hospital

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Indiana University Hospital – under Clarian Health Partners
550 North University
Indianapolis, Indiana 46202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Smyser
9472 April Lane
Ashmore IL. 61912
217 508-4588

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters          April 5, 2007

CLERK                      DATE

s/ M. Talbott

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central District of Illinois

Susan Smyser

v.

Charly T. Nguyen MD
Edward C. Weisberger MD
John Coleman MD
IUPUI - Hospital

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

John Coleman MD
550 N. University Blvd.
Indianapolis, IN 46202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Smyser
9472 April Lane
Ashmore IL. 61912
217 508-4588

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters          April 5, 2007
CLERK                      DATE

s/ M. Talbott
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Susan Smyser

V.

Charly T. Nguyen MD
Edward C. Weisberger MD
John Coleman MD
IUPUI - Hospital

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Edward C. Weisberger MD
550 N. University Blvd. Rm. 3170
Indianapolis, IN 46202   office phone # 317-278-3226

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan Smyser
9472 April Lane
Ashmore IL 61912
217 508-4588

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters          April 5, 2007
CLERK                      DATE

s/ M. Talbott
(By) DEPUTY CLERK