UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser, <br>     Plaintiff <br> vs. <br> CHARLEY T. NGUYNE, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., and IUPUI – HOSPITAL, <br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) Case No. 07-2059 |

### APPEARANCE

To the Clerk of this court and all parties of record:

    I, Michael E. O'Neill, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for JOHN COLEMAN, M.D..

Date:  May 11, 2007

/S/ Russell L. Reed
Russell L. Reed
Attorney I.D. #6196489
HINSHAW & CULBERTSON LLP
400 South 9th
Suite 200
Springfield, IL  62701
217/467-4921

25058052v1 869245

2

## CERTIFICATE OF SERVICE

I certify that on the 11th day of May, 2007, service of a true and complete copy of the foregoing Appearance made upon each attorney or party of record via the Court's electronic filing system.

**HINSHAW & CULBERTSON LLP**


BY:___/S/ Russell L. Reed____

25058052v1 869245