**E-FILED**
Monday, 14 May, 2007  02:43:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser,<br>       Plaintiff<br><br>vs.<br><br>CHARLEY T. NGUYNE, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., and IUPUI – HOSPITAL,<br>       Defendants | Case No. 07-2059 |

## AMENDED APPEARANCE

To the Clerk of this court and all parties of record:

    I, Russell L. Reed, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for JOHN COLEMAN, M.D.

Date:  May 14, 2007

                                    /S/ Russell L. Reed
                                    Russell L. Reed
                                    Attorney I.D. #6196489
                                    HINSHAW & CULBERTSON LLP
                                    400 South 9th
                                    Suite 200
                                    Springfield, IL  62701
                                    217/528-7375

## CERTIFICATE OF SERVICE

  I certify that on the 14th day of May, 2007, service of a true and complete copy of the foregoing Appearance made upon each attorney or party of record as indicated below via U.S. First Class Mail.

**HINSHAW & CULBERTSON LLP**

    BY: /S/ Russell L. Reed
     Russell L. Reed
     Attorney I.D. #6196489
     HINSHAW & CULBERTSON LLP
     400 South 9th
     Suite 200
     Springfield, IL  62701
     217/528-7375

Susan Smyser
9472 April Lane
Ashmore, IL  61912

Edward C. Weisberger, M.D.
350 North University Boulevard
Room 3170
Indianapolis, IN  46202

Charley Nguyen, M.D.
500 Health Center Dirve
#401
Mattoon, IL  61938

Indiana University
d/b/a Clarian Hospital
550 North University
Indianapolis, IN  46202

25058052v1 869245