UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser,<br><br>   Plaintiff<br><br>vs.<br><br>CHARLEY T. NGUYNE, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., and IUPUI – HOSPITAL,<br><br>   Defendants | )<br>)<br>)<br>)<br>) Case No. 07-2059<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of this Court and all Parties of Record:

 I, Russell L. Reed, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

 Enter my appearance as counsel in this case for EDWARD C. WEISBERGER, M.D.

Date:  May 15, 2007

        /S/ Russell L. Reed
        Russell L. Reed
        Attorney I.D. #6196489
        HINSHAW & CULBERTSON LLP
        400 South 9th
        Suite 200
        Springfield, IL  62701
        217/528-7375

## CERTIFICATE OF SERVICE

I certify that on the 15th day of May, 2007, service of a true and complete copy of the foregoing Appearance made upon each attorney or party of record as indicated below via U.S. First Class Mail.

**HINSHAW & CULBERTSON LLP**

BY: /S/ Russell L. Reed

Russell L. Reed
Attorney I.D. #6196489
HINSHAW & CULBERTSON LLP
400 South 9th
Suite 200
Springfield, IL 62701
217/528-7375

Susan Smyser
9472 April Lane
Ashmore, IL 61912

Charley Nguyen, M.D.
500 Health Center Drive
#401
Mattoon, IL 61938

Indiana University
d/b/a Clarian Hospital
550 North University
Indianapolis, IN 46202

25058052v1 869245
60160877v1 7048395