UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser,<br><br>   Plaintiff<br><br>vs.<br><br>CHARLY T. NGUYNE, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., and IUPUI – HOSPITAL,<br><br>   Defendants | )<br>)<br>)<br>)<br>) Case No. 07-2059<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME

NOW COME, Defendants, JOHN COLEMAN, M.D. and EDWARD C. WEISBERGER, M.D., by and through their attorneys, HINSHAW & CULBERTSON LLP, and for their Motion for Extension of Time to answer or otherwise properly plead pursuant to Fed.R.Civ.P 6(b) states as follows:

1. This action was filed on April 2, 2007.

2. Plaintiff, Susan Smyser, mailed copies of the summons and complaint to the parties on or about April 5, 2007.

3. Although improperly served, Defendant, John Coleman, M.D., entered his appearance on May 14, 2007 and Defendant, Edward C. Weisberger, M.D. entered his appearance on May 15, 2007.

4. The undersigned needs additional time to confer with his clients and review the medical records prior to filing an answer or other dispositive motion in this matter.

5. Plaintiff will not be prejudiced by this extension of time.

6. This motion is brought in good faith and not for the purposes of undue delay.

25058052v1 869245

WHEREFORE, for the above and foregoing reasons, Defendants pray that they be given until June 15, 2007, to answer, otherwise properly plead or file a motion to dismiss this matter.

Dated:  May 18, 2007

/s/ Russell L. Reed
Russell L. Reed
Attorney I.D. #6196489
HINSHAW & CULBERTSON LLP
400 South 9th
Suite 200
Springfield, IL  62701
217/528-7375

25058052v1 869245

## CERTIFICATE OF SERVICE

I certify that on the 18th day of May, 2007, service of a true and complete copy of the foregoing Appearance made upon each attorney or party of record as indicated below via U.S. First Class Mail.

**HINSHAW & CULBERTSON LLP**

BY:     /s/ Russell L. Reed

Russell L. Reed
Attorney I.D. #6196489
HINSHAW & CULBERTSON LLP
400 South 9th
Suite 200
Springfield, IL  62701
217/528-7375

Susan Smyser
9472 April Lane
Ashmore, IL  61912

Charly Nguyen, M.D.
500 Health Center Drive
#401
Mattoon, IL  61938

Indiana University
d/b/a Clarian Hospital
550 North University
Indianapolis, IN  46202

25058052v1 869245