# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SUSAN SMYSER, for deceased Ronald L. Smyser, | |
| Plaintiff, | |
| v. | Case No. 07-2059 |
| CHARLY T. NGUYEN, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D. and IUPUI - HOSPITAL INDIANAPOLIS, | |
| Defendants. | |

## ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, by Kevin M. Miller, a member in good standing of the bar of this Court, enters its appearance in the above-captioned case on behalf of Defendant, CHARLY T. NGUYEN, M.D.

CHARLY T. NGUYEN, Defendant

By: *s/ Kevin M. Miller*
Kevin M. Miller

Kevin M. Miller (Illinois Bar No. 6193140)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

PROOF OF SERVICE

    I hereby certify that on **May 18, 2007**, I electronically filed this **Entry of Appearance** with the Clerk of Court using the CM/ECF system.

    And I hereby certify that on **May 18, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL 61912

        *s/Kevin M. Miller*
        Kevin M. Miller (Illinois Bar No. 6193140)
        QUINN, JOHNSTON, HENDERSON & PRETORIUS
        227 N.E. Jefferson Street
        Peoria, IL 61602-1211
        Telephone: (309) 674-1133
        Facsimile: (309) 674-6503
        E-mail: kmiller@qjhp.com

EFL/kjc
I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\eoa - KMM.wpd