# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SUSAN SMYSER, for deceased Ronald L. Smyser, <br><br> Plaintiff, <br><br> v. <br><br> CHARLY T. NGUYEN, M.D., <br> EDWARD C. WEISBERGER, M.D., <br> JOHN COLEMAN, M.D. and <br> IUPUI - HOSPITAL INDIANAPOLIS, <br><br> Defendants. | Case No. 07-2059 |

## ENTRY OF APPEARANCE

The firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, by Elizabeth F. Larsen, a member in good standing of the bar of this Court, enters its appearance in the above-captioned case on behalf of Defendant, CHARLY T. NGUYEN, M.D.

CHARLY T. NGUYEN, Defendant

By:   *s/Elizabeth F. Larsen*
       Elizabeth F. Larsen

Kevin M. Miller (Illinois Bar No. 6193140)
Elizabeth F. Larsen (Illinois Bar No. 6286680)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

-2-

PROOF OF SERVICE

      I hereby certify that on **May 18, 2007**, I electronically filed this **Entry of Appearance** with the Clerk of Court using the CM/ECF system.

      And I hereby certify that on **May 18, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL  61912

                                   *s/Elizabeth F. Larsen*
                                   Elizabeth F. Larsen (Illinois Bar No. 6286680)
                                   QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                   227 N.E. Jefferson Street
                                   Peoria, IL  61602-1211
                                   Telephone:  (309) 674-1133
                                   Facsimile:  (309) 674-6503
                                   E-mail: elarsen@qjhp.com

EFL/kjc
I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\eoa - EFL.wpd