UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SUSAN SMYSER, for deceased Ronald L. Smyser,

    Plaintiff,

v.

CHARLY T. NGUYEN, M.D.,
EDWARD C. WEISBERGER, M.D.,
JOHN COLEMAN, M.D. and
IUPUI - HOSPITAL INDIANAPOLIS,

    Defendants.

Case No. 07-2059

## DESIGNATION OF LEAD COUNSEL

Kevin M. Miller, of the firm of QUINN, JOHNSTON, HENDERSON & PRETORIUS, and a member in good standing of the bar of this Court, is designated as lead counsel in the representation of Defendant, CHARLY T. NGUYEN.

CHARLY T. NGUYEN, Defendant

By:   *s/Kevin M. Miller*
       Kevin M. Miller

Kevin M. Miller (Illinois Bar No. 6193140)
Elizabeth F. Larsen (Illinois Bar No. 6286680)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

## PROOF OF SERVICE

    I hereby certify that on **May 18, 2007**, I electronically filed this **Designation of Lead Counsel** with the Clerk of Court using the CM/ECF system.

    And I hereby certify that on **May 18, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL  61912

                                        *s/Kevin M. Miller*
                                        Kevin M. Miller (Illinois Bar No. 6193140)
                                        QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                        227 N.E. Jefferson Street
                                        Peoria, IL  61602-1211
                                        Telephone:  (309) 674-1133
                                        Facsimile:  (309) 674-6503
                                        E-mail: kmiller@qjhp.com

I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\desig of lead counsel.wpd