UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SUSAN SMYSER, for deceased Ronald L. Smyser,

    Plaintiff,

v.

CHARLY T. NGUYEN, M.D.,
EDWARD C. WEISBERGER, M.D.,
JOHN COLEMAN, M.D. and
IUPUI - HOSPITAL INDIANAPOLIS,

    Defendants.

Case No. 07-2059

## JURY DEMAND

Defendant, CHARLY T. NGUYEN, requests a trial by jury on all claims alleged in this matter.

    CHARLY T. NGUYEN, Defendant

    By: _____*s/Elizabeth F. Larsen*_____
        Elizabeth F. Larsen

Kevin M. Miller (Illinois Bar No. 6193140)
Elizabeth F. Larsen (Illinois Bar No. 6286680)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

PROOF OF SERVICE

      I hereby certify that on **May 18, 2007**, I electronically filed this **Jury Demand** with the Clerk of Court using the CM/ECF system.

      And I hereby certify that on **May 18, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL  61912

                                     *s/Elizabeth F. Larsen*
                                       Elizabeth F. Larsen   (Illinois Bar No. 06243566)
                                       QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                       227 N.E. Jefferson Street
                                       Peoria, IL  61602-1211
                                       Telephone:  (309) 674-1133
                                       Facsimile:  (309) 674-6503
                                       E-mail: elarsen@qjhp.com

EFL/kjc
I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\jury demand.wpd