UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SUSAN SMYSER, for deceased Ronald L. Smyser,

        Plaintiff,

v.

CHARLY T. NGUYEN, M.D.,
EDWARD C. WEISBERGER, M.D.,
JOHN COLEMAN, M.D. and
IUPUI - HOSPITAL INDIANAPOLIS,

        Defendants.

Case No. 07-2059

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CHARLY T. NGUYEN, M.D., furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full name of every party or amicus the attorney represents in the case: **CHARLY T. NGUYEN, M.D.**

(2) If such party or amicus is a corporation:

    (a) Its parent corporation, if any: **N/A**

    (b) A list of corporate stockholders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company: **N/A**

(3) The names of all law firms whose partners or associates have appeared for the party or are expected to appear for the party in this case:

**Quinn, Johnston, Henderson & Pretorius**
**227 N.E. Jefferson Street**
**Peoria, IL  61602**

                              CHARLY T. NGUYEN, Defendant

                              By:   *s/Elizabeth F. Larsen*
                                         Elizabeth F. Larsen

Kevin M. Miller (Illinois Bar No. 6193140)
Elizabeth F. Larsen (Illinois Bar No. 6286680)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

## PROOF OF SERVICE

      I hereby certify that on **May 18, 2007**, I electronically filed this **Certificate of Interest** with the Clerk of Court using the CM/ECF system.

      And I hereby certify that on **May 18, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL 61912

                                      *s/Elizabeth F. Larsen*
                                      Elizabeth F. Larsen   (Illinois Bar No. 06243566)
                                      QUINN, JOHNSTON, HENDERSON & PRETORIUS
                                      227 N.E. Jefferson Street
                                      Peoria, IL 61602-1211
                                      Telephone: (309) 674-1133
                                      Facsimile: (309) 674-6503
                                      E-mail: elarsen@qjhp.com

EFL/kjc
I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\certificate of interest.wpd