E-FILED
Friday, 18 May, 2007 04:25:33 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### URBANA DIVISION

May 18, 2007

Susan Smyser
9472 April Lane
Ashore, IL 61912

RE: SMYSER V NGUYEN ET AL
CASE NO. 07-2059

Dear Miss Smyser:

      NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. <u>See</u> Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. <u>See</u>, <u>generally,</u> <u>Lewis v. Faulkner</u>, 689 F. 2d 100 (7th Cir. 1982); <u>Timms v. Frank</u>, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. <u>See</u> L.R. CDIL 7.1(B).

                                                                     s/John M. Waters
                                                                   JOHN M. WATERS, CLERK
                                                                   U.S. DISTRICT COURT

cc:  Susan Smyser-pro se plaintiff/all counsel
notice revised 8/7/03