U.S. District Court
Central District of Illinois
Urbana Division

Susan Smyser, for
deceased Ronald L. Smyser

Plantiff

v.

CHARLY T. NGUYEN, M.D.

Defendant

Case NO. 07-2059

## MOTION FOR SUMMARY JUDGEMENT BY JUDGE

1- Dr. Nguyen is an associate of Dr. Weisberger and Indiana University Hospital

2- Dr. Nguyen made arrangements for Ron to go to IU for Surgery.

3- Dr Nguyen did not disclose all Material Risks of the Surgery. Therefore no informed consent was given.

4- No options or alternatives were given.

5- He was an accomplice who assisted and encouraged the Surgery at IU-Hospital with Dr. Weisberger.

## Notices

2:07-cv-02059-MPM-DGB Smyser v. Nguyen et al
21, 25, REFER



# U.S. District Court

### United States District Court for the Central District of Illinois

## Notice of Electronic Filing

The following transaction was entered on 5/18/2007 at 4:26 PM CDT and filed on 5/18/2007
**Case Name:** Smyser v. Nguyen et al
**Case Number:** 2:07-cv-2059
**Filer:**
**Document Number:** 18

**Docket Text:**
RULE 56 DISMISS NOTICE re [16] MOTION to Dismiss for Lack of Jurisdiction sent to pro se plaintiff, Susan Smyser by Clerk. (VB, ilcd)

**2:07-cv-2059 Notice has been electronically mailed to:**

Elizabeth Frances Larsen    elarsen@qjhp.com, kcollins@qjhp.com, kmccoskey@qjhp.com, sjensen@qjhp.com

Kevin M Miller    kmiller@qjhp.com, fmcdaniel@qjhp.com, kmccoskey@qjhp.com, sjensen@qjhp.com

Russell L Reed    rreed@hinshawlaw.com

**2:07-cv-2059 Notice has been delivered by other means to:**

Susan Smyser
9472 April Lane
Ashmore, IL 61912

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=5/18/2007] [FileNumber=521411-0]
[630ca8973af89fb0d788fa55a17a08736cd4f1e314bb468a4031701cdb764926002f
fef5199fc6e36700c8991c3f90e7511d1c484c797b220903895a19895594]]