United States District Court
Central District of Illinois
Urbana Division

Susan Smyser, for deceased Ronald L. Smyser
Plantiff,

v.

Charly T. Nguyen, M.D.

Case No. 07-2059

FILED
JUN -4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## Motion For Rule 56 Summary Judgment by Judge.

1- Dr. Nguyen is an associate of Dr. Weisberger and Indiana University Hospital.

2- Scheduled Ron to go to IU-Hospital for Surgery.

3- Did not disclose all the Material Risks of the Surgery. Therefore no informed Consent was given.

4- No options or Alternatives were given.

5- Was an accomplice who assisted and encouraged the Surgery at IU-Hospital with Dr. Weisberger.

Signed - Susan Smyser - Plantiff

Susan Smyser

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Susan Smyser
9472 April Lane
Ashmore, IL 61912

One piece of ordinary mail addressed to:

Larson, Miller, Reed @
Quinn, Johnston, Henderson, & Pretorius
227 N.E. Jefferson Street
Peoria, IL. 61602-1211

PS Form **3817**, January 2001

U.S. POSTAGE PAID CHARLESTON, IL 61920 JUN 02 '07 AMOUNT $1.05
0005532-07