**E-FILED**
Wednesday, 06 June, 2007  11:10:27 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| SUSAN SMYSER, for deceased Ronald L. Smyser, | |
| Plaintiff, | |
| v. | Case No. 07-2059 |
| CHARLY T. NGUYEN, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D. and IUPUI - HOSPITAL INDIANAPOLIS, | |
| Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, CHARLY T. NGUYEN, by his attorneys, Quinn, Johnston, Henderson & Pretorius, and for his Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment, states:

1.      On or about April 2, 2007, Plaintiff SUSAN SMYSER (hereinafter "Plaintiff") filed her Complaint against Defendant CHARLY T. NGUYEN, M.D. (hereinafter "Defendant"), alleging that Defendant was negligent in his care and treatment of her husband.

2.      In response thereto, Defendant filed a Motion to Dismiss for Want of Jurisdiction on May 18, 2007.

3.      Plaintiff subsequently filed a Motion for Summary Judgment on May 30, 2007.  Said Motion was stricken by the Court because it was unsigned and did not have a certificate of service verifying that the Motion was mailed to opposing counsel.

4.     On June 4, 2007, Plaintiff filed a second Motion for Summary Judgment. Defendant is required to respond to this Motion by June 28, 2007.

5.     The Court has not yet ruled on Defendant's Motion to Dismiss for Want of Jurisdiction.

6.     Accordingly, Defendant now requests that the time to respond to Plaintiff's Motion for Summary Judgment be enlarged, that the current scheduling order be vacated, and that a modified scheduling order be entered after the Court's ruling on Defendant's Motion to Dismiss for Want of Jurisdiction.

WHEREFORE, Defendant CHARLY T. NGUYEN respectfully requests that this Court enter an Order granting its Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgement, and for such other and further relief as the Court deems just and proper.

CHARLY T. NGUYEN, Defendant

By:     *s/Elizabeth F. Larsen*
                    Kevin M. Miller
                    Elizabeth F. Larsen

Kevin M. Miller (Illinois Bar No. 6193140)
Elizabeth F. Larsen (Illinois Bar No. 6286680)
QUINN, JOHNSTON, HENDERSON & PRETORIUS
227 NE Jefferson
Peoria, IL 61602
Ph: (309) 674-1133
Fx: (309) 674-6503

<u>PROOF OF SERVICE</u>

     I hereby certify that on **June 6, 2007**, I electronically filed this **Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system.

     And I hereby certify that on **June 6, 2007**, I mailed a copy of this document by United States Postal Service to the following non-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL  61912

Russell L. Reed
Hinshaw & Culbertson LLP
400 South 9th, Suite 200
Springfield, IL 62701

               *s/Elizabeth F. Larsen*
               Elizabeth F. Larsen   (Illinois Bar No. 06243566)
               QUINN, JOHNSTON, HENDERSON & PRETORIUS
               227 N.E. Jefferson Street
               Peoria, IL  61602-1211
               Telephone:  (309) 674-1133
               Facsimile:  (309) 674-6503
               E-mail: elarsen@qjhp.com

I:\1\Civil\Smyser v. Nguyen 101 357 029\pldgs\motion for enlargement of time to respond to SJ.wpd