UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 2059 |
| v. | ) ) | Judge Michael P. McCuskey |
| CHARLY T. NGUYEN, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., IUPUI-Hospital Indianapolis, | ) ) ) ) ) | Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

## NOTICE OF FILING OF APPEARANCE OF ATTORNEY

To:   See attached Certificate of Service.

**PLEASE TAKE NOTICE** that on June 13, 2007, I have caused to be filed with the United States District Court, Central District of Illinois, 600 East Monroe Street, 151 U.S. Courthouse, Springfield, IL 62701, the attached *Appearance of Attorney*, a copy of which is hereby served upon you.

Respectfully submitted,

CLARIAN HEALTH PARTNERS, INC.,
METHODIST-IU-RILEY

By:   /s/ John D. Burke
         One of Its Attorneys

John D. Burke
ICE MILLER LLP
200 West Madison, Suite 3500
Chicago, Illinois 60606
Telephone: (312) 726-1567
Facsimile: (312) 726-7102

C/50418.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2007, a copy of the foregoing *Appearance* was served via United States first class mail, postage prepaid, upon the following:

Susan Smyser
9472 April Lane
Ashmore, Illinois 61912
***Plaintiff***

and via electronic mail upon:

Kevin M Miller
Elizabeth Frances Larsen
Quinn Johnston Henderson & Pretorius
227 NE Jefferson St
Peoria, IL 61602-1211
*kmiller@qjhp.com*
*elarsen@qjhp.com*
***Attorneys for Charly T. Nguyen, M.D.***

Russell L Reed
Hinshaw & Culbertson
400 S Ninth St , Suite 200
Springfield, IL 62701
*rreed@hinshawlaw.com*
***Attorneys for Edward C. Weisberger, M.D.***

/s/ John D. Burke
John D. Burke

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

Susan Smyser for Deceased Ronald L. Smyer
v.
Charly T. Nguyen, M.D., Edward C. Weisberger, M.D., John Coleman, M.D., IUPIU-Hospital Indianapolis,

**APPEARANCE**

Case Number: 07 C 2059

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Clarian Health Partners, Inc., Methodist-IU-Riley (incorrectly named in Plaintiff's Complaint as "IUPUI-Hospital Indianapolis")

I certify that I am admitted to practice in this court.

| 6/12/2007 | | *signature* |
|---|---|---|
| Date | | Signature |

| John D. Burke | 06203918 |
|---|---|
| Print Name | Bar Number |

ICE MILLER, LLP, 200 West Madison, Suite 3500
Address

| Chicago | Illinois | 60606 |
|---|---|---|
| City | State | Zip Code |

| (312) 726-8148 | (312) 726-6266 |
|---|---|
| Phone Number | Fax Number |