E-FILED
Wednesday, 13 June, 2007 12:09:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser, ) ) ) Plaintiff, ) ) v. ) ) CHARLY T. NGUYEN, M.D., EDWARD C. ) WEISBERGER, M.D., JOHN COLEMAN, ) M.D., IUPUI-Hospital Indianapolis, ) ) Defendants. ) | No. 07 C 2059<br><br>Judge Michael P. McCuskey<br>Magistrate Judge David G. Bernthal |

**DEFENDANT'S MOTION TO FILE SUPPLEMENTAL
APPEARANCE OF ITS COUNSEL *PRO HAC VICE***

Defendant Clarian Health Partners, Inc., Methodist-IU-Riley (incorrectly named in Plaintiff's Complaint as "IUPUI-Hospital Indianapolis")("Defendant"), by its attorney John D. Burke of Ice Miller LLP, requests that the Court grant leave for attorneys David J. Mallon and Jessica L. Benson to file their supplemental appearances *pro hac vice* pursuant to Local Rule 83.5(f). In support of its motion, Defendant states as follows:

1. Mr. Mallon and Ms. Benson are attorneys admitted to practice law in the State of Indiana and remain in good standing to practice therein.

2. Mr. Mallon and Ms. Benson have not been subjected to any discipline by any court or administrative body.

3. Mr. Mallon and Ms. Benson have not previously appeared pro hac vice in this district.

4. Defendant's counsel attempted to contact the Plaintiff (who has appeared *pro se* in this case) prior to the filing of this Motion to determine if she has any objection, but Defendant's counsel was unable to reach her.

**FOR THE FOREGOING REASONS**, Defendant Clarian Health Partners, Inc., Methodist-IU-Riley requests that this Court grant leave for Mr. Mallon and Ms. Benson to file their supplemental appearances *pro hac vice*.

Dated: June 12, 2007

Respectfully submitted,

**CLARIAN HEALTH PARTNERS, INC.,
METHODIST-IU-RILEY**

By:  /s/ John D. Burke
        One of Its Attorneys

John D. Burke
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
Telephone: (312) 726-1567
Facsimile: (312) 726-7102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2007, a copy of the foregoing was served via United States first class mail, postage prepaid, upon the following:

Susan Smyser
9472 April Lane
Ashmore, Illinois 61912
***Plaintiff***

and via electronic mail upon:

Kevin M Miller
Elizabeth Frances Larsen
Quinn Johnston Henderson & Pretorius
227 NE Jefferson St
Peoria, IL 61602-1211
*kmiller@qjhp.com*
*elarsen@qjhp.com*
***Attorneys for Charly T. Nguyen, M.D.***

Russell L Reed
Hinshaw & Culbertson
400 S Ninth St, Suite 200
Springfield, IL 62701
*rreed@hinshawlaw.com*
***Attorneys for Edward C. Weisberger, M.D.***

/s/ John D. Burke
John D. Burke