UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased RONALD L. SMYSER, <br><br> Plaintiff, <br> v. <br><br> CHARLEY T. NGUYEN, M.D., <br> EDWARD C. WEISBERGER, M.D., <br> JOHN COLEMAN, M.D., and <br> IUPUI-HOSPITAL, <br><br> Defendants. | Case No. 07-2059 |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Clarian Health Partners, Inc., Methodist-IU-Riley, incorrectly named in Plaintiff's Complaint as "IUPUI-Hospital Indianapolis" ("Defendant"), by its attorney John D. Burke of Ice Miller LLP, pursuant to Fed. R. Civ. P. 6(B) respectfully moves for an enlargement of time to answer or otherwise plead to Plaintiff's Complaint, to and including July 19, 2007. In support of this motion, Defendant states:

1. Service of the Plaintiff's Summons and Complaint occurred on May 30, 2007.

2. Defendant's responsive pleading to Plaintiff's Complaint is due on or about June 19, 2007.

3. Additional time is needed to investigate the allegations raised in the Complaint before Defendant can answer or otherwise plead. Defendant therefore respectfully requests an additional thirty (30) days to answer or otherwise plead, to and including July 19, 2007.

4. Defendant attempted to contact the Plaintiff (who has appeared *pro se* in this case) prior to the filing of this Motion to determine if she has any objection, but Defendant was unable to reach her.

5. Defendant seeks this motion for good cause and not for any improper purpose. Further, granting this motion will not result in unfair prejudice to any of the parties.

6. Defendant's counsel attempted to contact the Plaintiff (who has appeared *pro se* in this case) prior to the filing of this Motion to determine if she has any objection, but Defendant's counsel was unable to reach her.

**WHEREFORE**, Defendant Clarian Health Partners, Inc., Methodist-IU-Riley respectfully requests that the Court enter an order to enlarge its time to answer or otherwise plead to Plaintiff's Complaint to and including July 19, 2007, and for all other necessary and proper relief.

Respectfully submitted,

**CLARIAN HEALTH PARTNERS, INC., METHODIST-IU-RILEY**

By:  /s/ John D. Burke
   One of Its Attorneys

John D. Burke
**ICE MILLER, LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2007, a copy of the foregoing was served via United States first class mail, postage prepaid, upon the following:

Susan Smyser
9472 April Lane
Ashmore, Illinois 61912
***Plaintiff***

and via electronic mail upon:

Kevin M Miller
Elizabeth Frances Larsen
Quinn Johnston Henderson & Pretorius
227 NE Jefferson St
Peoria, IL 61602-1211
*kmiller@qjhp.com*
*elarsen@qjhp.com*
***Attorneys for Charly T. Nguyen, M.D.***

Russell L Reed
Hinshaw & Culbertson
400 S Ninth St , Suite 200
Springfield, IL 62701
*rreed@hinshawlaw.com*
***Attorneys for Edward C. Weisberger, M.D.***

/s/ John D. Burke
John D. Burke