**E-FILED**
Thursday, 14 June, 2007 01:53:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN SMYSER for Deceased Ronald L. Smyser, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLEY T. NGUYEN, M.D., )<br>EDWARD C. WEISBERGER, M.D., )<br>JOHN COLEMAN, M.D., and )<br>IUPUI – HOSPITAL, )<br>)<br>Defendants. ) | Case No. 07-2059 |

## MOTION TO DISMISS FOR WANT OF JURISDICTION

Defendants, EDWARD C. WEISBERGER, M.D. and JOHN C. COLEMAN, M.D., by counsel, Russell Reed of Hinshaw & Culbertson LLP, move this Court to dismiss Plaintiff's Complaint for a lack of jurisdiction over the subject matter under F.R.C.P. 12(b)(1) and a lack of jurisdiction over the persons of these Defendants under F.R.C.P. 12(b)(2). For the sake of good order, Defendants have simultaneously filed their Memorandum of Law in Support of this Motion to Dismiss.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:

/s/ Russell L. Reed
Russell L. Reed
Hinshaw & Culbertson LLP
400 S. Ninth St., Suite 200
Springfield, IL 62701
Telephone: 217/528-7375
Fax: 217/528-0075
E-mail:rreed@hinshawlaw.com
Attorney I.D. #6196489

60161951v1 877156

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2007, I electronically filed Defendants' Motion to Dismiss for Want of Jurisdiction with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

Kevin M. Miller
Elizabeth Frances Larsen
Quinn, Johnston, Henderson & Pretorius
227 NE Jefferson
Peoria, IL 61602
kmiller@qjhp.com
elarsen@qjhp.com
**Attorneys for Charly T. Nguyen, M.D.**

John D. Burk
Ice Miller LLP
200 West Madison, Suite 3500
Chicago, IL 60606
john.burke@icemiller.com
**Attorney for Clarian Health Partners, Inc., Methodist-IU-Riley**

and I hereby certify that on June 14, 2007, I mailed by United States Postal Service, the document(s) to the following on-registered participants:

Susan Smyser
9472 April Lane
Ashmore, IL 61912
**Plaintiff**

        /s/ Russell L. Reed
        Russell L. Reed
        Hinshaw & Culbertson LLP
        400 S. Ninth St., Suite 200
        Springfield, IL 62701
        Telephone: 217/528-7375
        Fax: 217/528-0075
        E-mail:rreed@hinshawlaw.com
        Attorney I.D. #6196489