**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **SUSAN SMYSER, for Deceased Ronald L. Smyser,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 07-CV-2059** |
| ) | |
| **CHARLY T. NGUYEN, M.D., EDWARD C. WEISBERGER, M.D., JOHN COLEMAN, M.D., IUPUI HOSPITAL, Indianapolis,** ) ) ) | |
| ) | |
| **Defendants.** ) | |

**OPINION**

On June 26, 2007, this court entered an Opinion (#30) and accepted a Report and Recommendation (#21) entered by Magistrate Judge David G. Bernthal in this case. This court therefore GRANTED the Motion to Dismiss for Want of Jurisdiction filed by Defendant Charly T. Nguyen and dismissed Plaintiff's Complaint for want of jurisdiction. This court further ordered that the dismissal was without prejudice and Plaintiff was allowed 14 days to file an amended complaint which included allegations establishing that this court has jurisdiction over her claim. This court stated that, if Plaintiff did not file an amended complaint adequately alleging that this court has jurisdiction over her claim within 14 days, the case would be dismissed with prejudice.

The 14-day period this court allowed for Plaintiff to file her amended complaint has passed. No amended complaint has been filed. Therefore, this case is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED THAT this case is dismissed with prejudice and terminated.

ENTERED this 16th day of July, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE