# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**SUSAN SMYSER, on behalf of Ronald L. Smyser, Deceased,**
        **Plaintiff,**

    vs.                        Case Number:  **07-2059**

**CHARLY T. NGUYEN, ET AL.,**
        **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

ENTER this 16th day of July, 2007.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK